**Taylor M. SHARPE, Petitioner**

v.

**ENVIRONMENTAL PROTECTION AGENCY, Respondent.**

**No. 2015–3143.**

United States Court of Appeals, Federal Circuit.

March 14, 2016.

Jeffrey G. Letts, Trenton, NJ, argued for petitioner.

Corinne Anne Niosi, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Allison Kidd–Miller.

O'MALLEY, MAYER, and REYNA, Circuit Judges.

TARANTO, SCHALL, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**JUDGMENT**